BOYER, Respondent, *v.* RITTER, Appellant.

*(Common Pleas of New York City and County, General Term.* March 9, 1891.)

Appeal from city court, general term.

Argued before DALY, C. J., and BISCHOFF and PRYOR, JJ.

*J. G. Ritter,* for appellant. *Rabe & Keller,* for respondent.

No opinion. Judgment affirmed, with costs. See 13 N. Y. Supp. 574.

---

RIEDELL, Respondent, *v.* FLACK, Sheriff, Appellant.

*(Common Pleas of New York City and County, General Term.* March 9, 1891.)

Appeal from special term.

Argued before DALY, C. J., and BISCHOFF and PRYOR, JJ.

*D. Tim,* for appellant. *N. A. Chedsey,* for respondent.

No opinion. Judgment affirmed with costs.

---

HALL, Respondent, *v.* DENNERLEIN, Appellant.

*(Common Pleas of New York City and County, General Term.* March 9, 1891.)

Appeal from special term.

Argued before DALY, C. J., and PRYOR, J.

*H. C. Henderson,* for appellant. *Thos. S. Bassford,* for respondent.

No opinion. Appeal dismissed, with $10 costs. See 14 N. Y. Supp. 796·
11 N. Y. Supp. 952, 954, *mems.*

---

FERGUSON *et al.,* Respondents, *v.* ALLEN, Appellant.

*(Common Pleas of New York City and County, General Term.* March 10, 1891.)

Appeal from special term.

Argued before DALY, C. J., and BISCHOFF and PRYOR, JJ.

*J. H. Parson,* for appellant. *B. Estes,* for respondent.

No opinion. Judgment affirmed, with costs.

---

PETTENGILL, Respondent, *v.* METROPOLITAN TRANSIT Co., Appellant.

*(Common Pleas of New York City and County, General Term.* March 11, 1891.)

Appeal from special term.

Argued before DALY, C. J., and BISCHOFF and PRYOR, JJ.

*H. & G. Hitchcock,* for appellant. *Ph. Carpenter,* for respondent.

No opinion. Order affirmed, with costs.

---

STERRY, Respondent, *v.* NEW YORK EL. R. Co., Appellant.

*(Common Pleas of New York City and County, General Term.* March 12, 1891.)

Appeal from judgment on report of referee.

Argued before DALY, C. J., and BISCHOFF and PRYOR, JJ.

*Davies & Rapallo,* for appellant. *J. A. Weekes, Jr.,* for respondent.

No opinion. Judgment affirmed, with costs.